UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN DOSCHER,

               Plaintiff,

    v.

LAKEVIEW APARTMENT INVESTORS, LLC,

               Defendant.

CASE NO. C12-5817 BHS

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

      This matter comes before the Court on Plaintiff Christian Doscher's ("Doscher") request to proceed *in forma pauperis* (Dkt. 1).

      The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the "privilege of pleading *in forma pauperis* . . . in civil actions for damages should be allowed only in exceptional circumstances." *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986). Moreover, the Court has broad discretion in denying an application to

ORDER - 1

1  proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), cert. denied

2  375 U.S. 845 (1963).

3      It appears that Doscher has the ability to pay the $350 filing fee in this case.

4  Doscher has made a choice to file this civil action. While the costs of this action may

5  place a burden on his resources, Doscher appears to have sufficient funds to avail himself

6  of his legal remedies by filing this action.

7      Therefore, it is hereby

8      **ORDERED** that Doscher's application to proceed *in forma pauperis* (Dkt. 1) is

9  **DENIED**. If Doscher desires to proceed with this civil action, he must pay the filing fee

10 to the Court Clerk no later than September 28, 2012. If Doscher fails to timely submit the

11 filing fee, the Clerk is directed to dismiss this case without prejudice.

12     Dated this 13th day of September, 2012.

                                BENJAMIN H. SETTLE
                                United States District Judge